Scott M. Pearson (SBN 173880)
pearsons@ballardspahr.com
Taylor Steinbacher (SBN 285335)
steinbachert@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4340
Facsimile: 424.204.4350

Attorneys for Defendant
  CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A.; AND, EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | Case No. 3:16-cv-1786-BEN-BLM<br><br>**DEFENDANT CITIBANK, N.A.'S MOTION FOR LEAVE TO FILE DECLARATION OF WALTER M. GOLDEN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION UNDER SEAL**<br><br>United States District Judge Roger T. Benitez<br><br>**Action Filed: July 11, 2016** |

DMWEST #15028125 v1

Defendant Citibank, N.A. ("Citibank") respectfully moves this Court for an order permitting it to file the Declaration of Walter M. Golden In Support of Reply In Support of Motion to Compel Arbitration, and its accompanying exhibits, under seal.

As grounds for this motion, Citibank states as follows:

1.  Golden's Declaration and its accompanying exhibits contain substantial personally identifiable information of the plaintiff, Marissa Glover ("Glover"), which require redaction pursuant to Federal Rule of Civil Procedure 5.2, as well as Section 1(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual.

2.  Because a the key issue in Citibank's pending Motion to Compel Arbitration is establishing Glover's business relationship with Citibank, use of unreacted exhibits, including identity documents such as Glover's Driver's License, is necessary.

WHEREFORE, Citibank respectfully requests this Court to enter an order authorizing Citibank to file the Golden Declaration as well as its accompanying exhibits under seal. Pursuant to Section 2(j) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, as well as CivLR 79.2(c), Citibank will e-mail a Proposed Order authorizing the filing of the Golden Declaration under seal to the Court.

DATED: October 24, 2016

Respectfully submitted,

**BALLARD SPAHR LLP**
Scott M. Pearson
Taylor Steinbacher

By: */s/ Taylor Steinbacher*
      Taylor Steinbacher

Attorneys for Defendant
CITIBANK, N.A.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMWEST #15028125 v1

1

**DEFENDANT CITIBANK, N.A.'S MOTION FOR LEAVE TO FILE DECLARATION OF WALTER M. GOLDEN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION UNDER SEAL**

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909. On October 24, 2016, I served the within documents:

**DEFENDANT CITIBANK, N.A.'S MOTION FOR LEAVE TO FILE DECLARATION OF WALTER M. GOLDEN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION UNDER SEAL and DECLARATION OF WALTER M. GOLDEN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

- ☐ **BY FAX**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☑ **BY MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ **BY OVERNIGHT MAIL**: by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

- ☐ **BY PERSONAL DELIVERY**: by causing personal delivery by FIRST LEGAL NETWORK of the document(s) listed above to the person(s) at the address(es) set forth below.

- ☑ **BY CM/ECF**: by electronically transmitting a copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

| | |
|---|---|
| Abbas Kazerounian<br>Kazerounian Law Group, APC<br>245 Fischer Avenue<br>Suite D1<br>Costa Mesa, CA 92626<br>(800) 400-6808<br>Fax: (800) 520-5523<br>Email: ak@kazlg.com | Attorneys for Plaintiffs |
| Clark Ovruchesky<br>Law Office of Clark Ovruchesky<br>750 B Street<br>Suite 3300<br>San Diego, CA 92101<br>619-587-4490 | Attorneys for Plaintiffs |

DMWEST #15028125 v1

PROOF OF SERVICE

| | |
|---|---|
| Email: co@colawcalifornia.com | |
| Matthew Michael Loker<br>Kazerouni Law Group, APC<br>1303 East Grand Avenue<br>Suite 101<br>Arroyo Grande, CA 93420<br>(800) 400-6808<br>Fax: (800) 520-5523<br>Email: ml@kazlg.com | Attorneys for Plaintiffs |
| Thomas P Quinn, Jr<br>Nokes and Quinn<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651<br>(949) 376-3500<br>Fax: (949) 376-3070<br>Email: tquinn@nokesquinn.com | Attorneys for Defendant<br>Equifax Information Services, LLC |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 24, 2016 at Los Angeles, California.

*/s/ Debra A. Smith*
Debra A. Smith

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMWEST #15028125 v1

3

PROOF OF SERVICE