| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC**<br>Abbas Kazerounian, Esq. (249203)<br>ak@kazlg.com<br>Matthew M. Loker, Esq. (279939)<br>ml@kazlg.com<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 | **LAW OFFICE OF CLARK OVRUCHESKY**<br>Clark Ovruchesky, Esq. (301844)<br>co@colawcalifornia.com<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Telephone:   (619) 356-8960<br>Facsimile:   (619) 330-7610 |

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Marissa Glover

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>        Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; AND, EQUIFAX INFORMATION SERVICES, LLC;<br><br>        Defendants. | Case No.: 16-cv-1786 BEN (BLM)<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT CITIBANK, N.A. |

///

///

///

---

**NOTICE OF SETTLEMENT**                                                                 PAGE 1 OF 2

Plaintiff MARISSA GLOVER ("Plaintiff") hereby notifies the Court that she and Defendant CITIBANK, N.A. ("Citi") have settled all claims between them in this matter and are in the process of completing the final closing documents and filing dismissal papers. Plaintiff and Citi request that the Court retain jurisdiction for any matters related to completing or enforcing the settlement. Plaintiff and Citi anticipate filing a Joint Motion for Dismissal of this action in respect to Citi, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements pertaining to Citi be vacated and that the Court set a deadline on or after May 15, 2017 for filing a joint dismissal.

Respectfully submitted,

Dated: March 15, 2017                          LAW OFFICE OF CLARK OVRUCHESKY

                                               By: /s/ Clark Ovruchesky
                                                   CLARK OVRUCHESKY, ESQ.
                                                   ATTORNEY FOR PLAINTIFF

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Office of Clark Ovruchesky, 750 B. Street, Suite 3300, San Diego, California 92101. On March 15, 2017, I served the within document(s):

- NOTICE OF SETTLEMENT AS TO DEFENDANT CITIBANK, N.A.

☒     CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 15, 2017, at San Diego, California.

                                  By: /s/ Clark Ovruchesky
                                       CLARK OVRUCHESKY, ESQ.
                                       ATTORNEY FOR PLAINTIFF

LAW OFFICE OF CLARK OVRUCHESKY
750 B. STREET, SUITE 3300
SAN DIEGO, CA 92101

PROOF OF SERVICE